Jay Brodsky
240 East Shore Road, #444
Great Neck, NY 11023
Telephone: (973) 568-1666
E-mail: demcointerexport@yahoo.com
Plaintiff ProSe on Behalf of Himself

**Civil Action No.** 2:19:cv-00310-DB-EJF

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

**THE MATTER OF:**

<u>JAY BRODSKY</u>
PLAINTIFF

*-against-*

<u>CREEDENCE RESOURCE MANAGEMENT *et al*</u>
DEFENDANTS

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE

1. Pursuant to the Federal Rules of Civil Procedure Rule 41(a) (Fed. R. Civ. P. 63) on this 3rd day of September, 2019, Jay Brodsky, (PLAINTIFF) resides at 240 East Shore Road, Apartment 444, Great Neck, New York 11023, duly deposes under penalty of perjury, states that the facts embodied herein are true to the best of his knowledge.

2. **Notice of Withdrawal without Prejudice Against: CREDENCE RESOURCE MANAGEMENT:**

    Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i), Plaintiff withdraws without prejudice all claims against CREDENCE in order to file litigation in New York State Supreme Court - Civil Part. Each Party shall bear their own respective costs and attorneys' fees. This Notice of Dismissal disposes of the entire action against these parties in the District Court of Utah.

    Signed this 3rd day of September, 2019 at Great Neck, New York;

    _____
    Jay Brodsky, Plaintiff, ProSe